**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 24-6960**

—————————

NORMA BROWN, f/k/a Norma B. Griffin,

        Petitioner - Appellant,

     v.

PATRICK MORRISEY, West Virginia Attorney General,

        Respondent - Appellee,

     and

STATE OF WEST VIRGINIA; HOME CONFINEMENT DEPARTMENT OF
GREENBRIER COUNTY, WEST VIRGINIA,

        Respondents.

—————————

Appeal from the United States District Court for the Southern District of West Virginia, at
Beckley.  Frank W. Volk, Chief District Judge.  (5:19-cv-00196)

—————————

Submitted:  December 19, 2024                    Decided:  December 27, 2024

—————————

Before KING and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Norma Brown, Appellant Pro Se.  Andrea Nease Proper, Michael Ray Williams, OFFICE
OF THE ATTORNEY GENERAL OF WEST VIRGINIA, Charleston, West Virginia, for

Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Norma Brown seeks to appeal the district court's order adopting the recommendation of the magistrate judge and denying relief on Brown's 28 U.S.C. § 2254 petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(A). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists could find the district court's assessment of the constitutional claims debatable or wrong. *See Buck v. Davis*, 580 U.S. 100, 115-17 (2017). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the petition states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Brown has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

3